UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY L. JUNOD, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> FARHEAP SOLUTIONS, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-1069-JCM-NJK <br><br> ORDER STAYING DISCOVERY <br> PENDING ENE SESSION <br><br> (Docket No. 9) |

Pending before the Court is a joint proposed discovery plan, requesting that, *inter alia*, the parties not be required to conduct discovery at this time to help facilitate possible resolution of this case at the Early Neutral Evaluation session. Docket No. 9. The Court hereby **ORDERS** that discovery in this case shall be stayed pending the Early Neutral Evaluation session. The Court will not set any discovery deadlines at this time. Instead, in the event a settlement is not reached at the Early Neutral Evaluation session, the parties are **ORDERED** to submit a joint proposed discovery plan with discovery deadlines within 7 days of the Early Neutral Evaluation session.

IT IS SO ORDERED.

DATED: September 20, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge